

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-75,996

**EX PARTE JUAN ANTONIO GONZALEZ, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-4203-04-I(2) IN THE 398th DISTRICT COURT
### FROM HIDALGO COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to life imprisonment.

Applicant contends that his counsel rendered ineffective assistance because he failed to timely file a notice of appeal.

The trial court has determined, based upon an affidavit filed by counsel, that counsel failed to timely file a notice of appeal. We find, therefore, that Applicant is entitled to the opportunity to

file an out-of-time appeal of the judgment of conviction in Cause No. CR-4203-04-I from the 398th Judicial District Court of HIDALGO County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: September 10, 2008
Do Not Publish